■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE GOODMAN, Appellant.— Determination of this appeal withheld and case remitted to Monroe County Court for a hearing and determination of the voluntariness of the defendant's confession in accordance with the procedures outlined in People v. Huntley (15 N Y 2d 72). (Appeal from judgment of Monroe

County Court convicting defendant of assault, second degree.)  Present—Williams, P. J., Goldman, Henry, Del Vecchio and Marsh, JJ.